NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 1 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRACE ALBANESE,<br><br>                    Plaintiff-Appellant,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                    Defendant-Appellee. | No. 17-17390<br><br>D.C. No. 2:16-cv-00532-RFB-GWF<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Richard F. Boulware II, District Judge, Presiding

Submitted February 13, 2018[**]

Before:    LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

Grace Albanese appeals pro se from the district court's judgment dismissing

her 42 U.S.C. § 1983 action alleging constitutional claims against the Las Vegas

Metropolitan Police Department.  We have jurisdiction under 28 U.S.C. § 1291.

We review de novo a dismissal under 28 U.S.C. § 1915A.  *Resnick v. Hayes*, 213

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

F.3d 443, 447 (9th Cir. 2000).  We affirm.

The district court properly dismissed Albanese's action because Albanese failed to allege facts sufficient to show that a constitutional deprivation resulted from an official policy, practice, or custom.  *See Cameron v. Craig*, 713 F.3d 1012, 1023 (9th Cir. 2013) (setting forth elements of a claim under *Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978)).

**AFFIRMED.**